UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-22151-CIV-MARTINEZ

REINOL A. GONZALEZ, DMD., P.A.,
individually and on behalf of all others
similarly situated,

    Plaintiff,

v.

SENTINEL INSURANCE COMPANY LIMITED,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court on Defendant Sentinel Insurance Company Limited's *Unopposed* Motion for Entry of a Final Judgment ("Motion for Final Judgment") (ECF No. 69), and the Court's Order Granting Defendant's Motion to Dismiss (ECF No. 68). It is hereby:

**ORDERED AND ADJUDGED** that the Motion for Final Judgment, (ECF No. 69), is **GRANTED** *nunc pro tunc* to April 17, 2023. Judgment is entered in favor of Defendant Sentinel Insurance Company. Plaintiff Reinol A. Gonzalez, DMD, P.A. shall take nothing from Defendant, and the action is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Miami, Florida, this 18 day of May, 2023.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All counsel of record